Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GALLION, individually and on behalf of all others similarly situated, <br> Plaintiff, <br> vs. <br> FITNESS 19 CA 285, LLC and DOES 1-10, <br> Defendant(s). | Case No. :17-cv-01530-JVS-JDE <br><br> **ORDER OF DISMISSAL** |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this action is dismissed in its entirety, with prejudice as to the named Plaintiff, STEVE GALLION, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.

   Dated this 13th day of February, 2018.

                                                    _____
                                                    Hon. James V. Selna
                                                    United States District Judge